# UNITED STATES DISTRICT COURT

Northern District of California
450 Golden Gate Avenue
San Francisco, CA   94102

**RICHARD W. WIEKING**

Clerk of the Court

(415) 522-2015

October 23, 2012

To:   Alan R Plutzik

Bramson Plutzik Mahler & Birkhaeuser, LLP

2125 Oak Grove Road, Suite 120

Walnut Creek, CA 94598


Re: 3:12-cv-04327-JSC IRA for the Benefit of Karl Graulich v. Mark Pincus, et al.


Dear Counsel:


At filing, this matter was randomly assigned to United States Magistrate Judge Jacqueline Scott Corley.  A hearing has since been scheduled for November 29, 2012. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Corley.  We have no record of your decision.


At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Corley and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.


Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:  William Noble
Courtroom Deputy Clerk