BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER LLP
Alan Plutzik (Cal. State Bar No. 077785)
2125 Oak Grove Road
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

Counsel for Plaintiff
IRA for the Benefit of Karl Graulich

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA FOR THE BENEFIT OF KARL GRAULICH, derivatively on behalf of ZYNGA, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>MARK PINCUS, JOHN SCHAPPERT, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MARK VRANESH, DAVID M. WEHNER, REGINALD D. DAVIS, and CADIR B. LEE,<br><br>Defendants,<br><br>-and-<br><br>ZYNGA, INC.,<br><br>Nominal Defendant. | No. C-12-04327-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF GRAULICH'S MOTION PURSUANT TO LOCAL RULE 6-3 TO ESTABLISH UNIFORM BRIEFING AND HEARING SCHEDULE FOR CROSS-MOTIONS FOR CONSOLIDATION AND ESTABLISHMENT OF LEADERSHIP STRUCTURE FOR DERIVATIVE ACTIONS<br><br>Judge: Hon. Jeffrey S. White |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF GRAULICH'S MOTION PURSUANT TO LOCAL RULE 6-3 TO ESTABLISH UNIFORM BRIEFING SCHEDULE FOR CROSS-MOTIONS

| | |
|---|---|
| MARCUS ALBIN, derivatively on behalf of ZYNGA INC., | No. C-12-04330-MMC |
| Plaintiff, | |
| -against- | |
| MARK PINCUS, CADIR LEE, REID HOFFMAN, OWEN VAN NATTA, DAVID M. WEHNER, MARK VRANESH, JOHN SCHAPPERT, REGINALD D. DAVIS, WILLIAM GORDON, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and JEFF KARP, | |
| Defendants, | |
| -and- | |
| ZYNGA, INC., | |
| Nominal Defendant. | |
| STACEY BARRON, derivatively on behalf of ZYNGA, INC., | No. C-12-04547-DMR |
| Plaintiff, | |
| -against- | |
| MARK PINCUS, DAVID M. WEHNER, MARK VRANESH, CADIR LEE, REGINALD D. DAVIS, JEFF KARP, REID HOFFMAN, WILLIAM GORDON, OWEN VAN NATTA, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and JOHN SCHAPPERT, | |
| Defendants, | |
| -and- | |
| ZYNGA, INC., | |
| Nominal Defendant. | |

[PROPOSED] ORDER GRANTING PLAINTIFF GRAULICH'S MOTION PURSUANT TO LOCAL RULE 6-3 TO ESTABLISH UNIFORM BRIEFING SCHEDULE FOR CROSS-MOTIONS

JENNA WEBER, derivatively on behalf of ZYNGA INC.,

    Plaintiff,

-against-

MARK PINCUS, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, OWEN VAN NATTA, JOHN SCHAPPERT, MARK VRANESH, DAVID M. WEHNER, REGINALD D. DAVIS, and CADIR LEE,

    Defendants,

-and-

ZYNGA, INC.,

    Nominal Defendant.

No. C-12-04684-LB

[PROPOSED] ORDER GRANTING PLAINTIFF GRAULICH'S MOTION PURSUANT TO LOCAL RULE 6-3 TO ESTABLISH UNIFORM BRIEFING SCHEDULE FOR CROSS-MOTIONS

Good cause appearing therefor, the Motion filed by Plaintiff IRA for the Benefit of Karl and the partial opposition Graulich ("Graulich"), pursuant to Local Rule 6-3, to establish a uniform briefing and hearing schedule for the motion and cross-motion addressing consolidation and leadership of the above-captioned actions (hereinafter, the "Derivative Actions") is hereby GRANTED.

The briefing and hearing schedule for both (1) the Motion filed on October 22, 2012, by Plaintiff Albin for consolidation and establishment of a leadership structure in the Derivative Actions and (2) the Cross-Motion filed by Plaintiff Graulich on November 6, 2012, seeking similar relief, shall be as follows:

- Opposition papers shall be e-filed on or before November 29, 2012.
- Reply papers shall be e-filed on or before December 15, 2012.
- The hearing on both motions shall be held on February 15, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 9, 2012

_____
Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF GRAULICH'S MOTION PURSUANT TO LOCAL RULE 6-3 TO ESTABLISH UNIFORM BRIEFING SCHEDULE FOR CROSS-MOTIONS

1