JORDAN ETH (Bar No. 121617)
Email: JEth@mofo.com
ANNA ERICKSON WHITE (Bar No. 161385)
Email: AWhite@mofo.com
PHILIP T. BESIROF (Bar No. 185053)
Email: PBesirof@mofo.com
MARK R.S. FOSTER (Bar No. 223682)
Email: MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, OWEN VAN NATTA, and Nominal Defendant ZYNGA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRA for the Benefit of KARL GRAULICH, derivatively on behalf of ZYNGA INC.,

Plaintiff,

v.

MARK PINCUS, JOHN SCHAPPERT, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, OWEN VAN NATTA, MARK VRANESH, DAVID M. WEHNER, REGINALD D. DAVIS, and CADIR B. LEE,

Defendants,

and

ZYNGA INC.,

Nominal Defendant.

[*Caption continues on following page*.]

Case No. 12-CV-4327-JSW

**STIPULATON AND ~~[PROPOSED]~~ ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND DEFERRING DEFENDANTS' DEADLINES TO RESPOND**

Judge: Hon. Jeffrey S. White
Complaint Filed: Aug 16, 2012
Trial Date: None Set

| | |
|---|---|
| MARC ALBIN, derivatively on behalf of ZYNGA INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARK PINCUS, CADIR LEE, REID HOFFMAN, OWEN VAN NATTA, DAVID M. WEHNER, MARK VRANESH, JOHN SCHAPPERT, REGINALD D. DAVIS, WILLIAM GORDON, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and JEFF KARP,<br><br>Defendants,<br><br>and<br><br>ZYNGA INC., a Delaware corporation,<br><br>Nominal Defendant | Case No. 12-CV-4330-JSW<br><br>**RELATED CASE**<br><br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: Aug. 16, 2012<br>Trial Date: None Set |
| STACEY BARRON, derivatively on Behalf of ZYNGA INC.,<br><br>Plaintiff,<br><br>-against-<br><br>MARK PINCUS, DAVID M. WEHNER, MARK VRANESH, CADIR LEE, REGINALD D. DAVIS, JEFF KARP, WILLIAM GORDON, OWEN VAN NATTA, JEFFREY KATZENBERG, STANELY J. MERESMAN, SUNIL PAUL, and JOHN SCHAPPERT,<br><br>Defendants.<br><br>-and-<br><br>ZYNGA INC.,<br><br>Nominal Defendant. | Case No. 12-CV-4547-JSW<br><br>**RELATED CASE**<br><br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: Aug. 30, 2012<br>Trial Date: None Set |

JEANNA WEBER, derivatively on Behalf of ZYNGA INC.,

Plaintiff,

-against-

MARK PINCUS, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, OWEN VAN NATTA, JOHN SCHAPPERT, MARK VRANESH, DAVID M. WEHNER, REGINALD D. DAVIS, and CADIR B. LEE,

Defendants.

-and-

ZYNGA INC.,

Nominal Defendant.

Case No. 12-CV-4684-JSW

**RELATED CASE**

Judge: Hon. Jeffrey S. White
Complaint Filed: Sept. 7, 2012
Trial Date: None Set

All parties in the above-captioned actions, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order consolidating related shareholder derivative actions and deferring Defendants' deadlines to respond to the complaints.

**RECITALS**

A. Between August 16 and September 7, 2012, the following four shareholder derivative actions (the "Derivative Actions") were filed in this Court alleging claims on behalf of Zynga Inc. ("Zynga") and certain of Zynga's current and former directors, officers, and executives.

1. *IRA of Graulich v. Pincus, et al.*, 12-CV-4327-JSW (filed Aug. 16, 2012)
2. *Albin v. Pincus, et al.*, 12-CV-4330-JSW (filed Aug. 16, 2012)
3. *Barron v. Pincus, et al.*, 12-CV-4547-JSW (filed Aug. 30, 2012)
4. *Weber v. Pincus, et al.*, 12-CV-4684-JSW (filed Sept. 7, 2012)

B. On November 9, 2012, the Court related the Derivative Actions to each other and to various securities class actions. (ECF No. 34)

C. The parties believe that the Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a) because they share common questions of law and fact and substantially the same parties, events, and claims.

D. The parties further believe that consolidation of the Derivative Actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

E. Competing motions have been filed for the appointment of lead Plaintiff's counsel and the Establishment of Leadership Structure for Derivative Actions. A hearing for those competing motions has been set for February 15, 2013, pursuant to a scheduling order issued on November 9, 2012. (ECF No. 35.)

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

**I. CONSOLIDATION**

1. The parties agree that the following Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial:

| ABBREVIATED CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *IRA of Graulich v. Pincus, et al.* | 12-CV-4327-JSW | Aug. 16, 2012 |
| *Albin v. Pincus, et al.* | 12-CV-4330-JSW | Aug. 16, 2012 |
| *Barron v. Pincus, et al.* | 12-CV-4547-JSW | Aug. 30, 2012 |
| *Weber v. Pincus, et al.* | 12-CV-4684-JSW | Sept. 7, 2012 |

2. Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. DERIVATIVE LITIGATION | **DERIVATIVE ACTION**<br><br>Lead Case No. 12-CV-4327-JSW<br>Consolidated with Case No.<br>12-CV-4330-JSW<br>12-CV-4547-JSW<br>12-CV-4684-JSW |
| This Document Relates To:<br>All Actions. | |

3. The files of the consolidated action shall be maintained in one file under Lead Case No. 12-CV-4327-JSW.

4. This Order shall apply to each derivative case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in or deemed related to the existing Related Actions.

## II. RESPONSE DEADLINE DEFERRED

5. Defendants shall have no obligation to answer or otherwise respond to any of the complaints filed in the Derivative Actions or any subsequently related action until after the Court appoints lead counsel for the consolidated the Derivative Actions.

6. Defendants will meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss a schedule for the filing of a consolidated amended complaint and Defendants' responses.

**IT IS SO STIPULATED**.

Dated: November 27, 2012

JORDAN ETH
ANNA ERICKSON WHITE
PHILIP T. BESIROF
MARK R.S. FOSTER
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
ANNA ERICKSON WHITE

Attorneys for Defendants MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, OWEN VAN NATTA, and Nominal Defendant ZYNGA INC.

ALAN R. PLUTZIK
BRAMSON, PLUTZIK, MAHLER, & BIRKHAEUSER LLP

By: /s/ Alan R. Plutzik
ALAN R. PLUTZIK
Attorneys for Plaintiff IRA for the Benefit of Karl Graulich

BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
KEVIN S. KIM
ROBBINS UMEDA LLP

By: /s/ Shane P. Sanders
SHANE P. SANDERS
Attorneys for Plaintiff Marc Albin

PAUL R. HUFF
NIELSON | HUFF LLP

and

MICHAEL I. FISTEL JR.
MARSHALL P. DEES
HOLZER HOLZER & FISTEL LLP

By: /s/ Paul R. Huff
PAUL R. HUFF
Attorneys for Plaintiff Stacey Barron

BRIAN J. BARRY
LAW OFFICE OF BRIAN BARRY

and

JOSEPH E. WHITE, III
JONATHAN M. STEIN
SAXENA WHITE P.A.

By: /s/ Brian J. Barry
BRIAN J. BARRY
Attorneys for Plaintiff Jeanna Weber

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Stipulation, it is SO ORDERED.

Dated: ~~November,~~ December 3, 2012

By: [signature]
THE HONORABLE JEFFREY S. WHITE
United States District Judge