1  JORDAN ETH (Bar No. 121617)
   Email: JEth@mofo.com
2  ANNA ERICKSON WHITE (Bar No. 161385)
   Email: AWhite@mofo.com
3  PHILIP T. BESIROF (Bar No. 185053)
   Email: PBesirof@mofo.com
4  MARK R.S. FOSTER (Bar No. 223682)
   Email: MFoster@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone:    415.268.7000
7  Facsimile:     415.268.7522

8  Attorneys for Defendants MARK PINCUS, DAVID M.
   WEHNER, JOHN SCHAPPERT, MARK VRANESH,
9  REGINALD D. DAVIS, CADIR B. LEE, WILLIAM
   GORDON, REID HOFFMAN, JEFFREY KATZENBERG,
10 STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F.
   SIMINOFF, OWEN VAN NATTA, and Nominal Defendant
11 ZYNGA INC.

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 IRA for the Benefit of KARL GRAULICH,          Case No.    12-CV-4327-JSW
   derivatively on behalf of ZYNGA INC.,
16                                                **STIPULATON AND [~~PROPOSED~~]**
                    Plaintiff,                    **ORDER CONSOLIDATING**
17                                                **RELATED SHAREHOLDER**
           v.                                     **DERIVATIVE ACTIONS AND**
18                                                **DEFERRING DEFENDANTS'**
                                                  **DEADLINES TO RESPOND**
19 MARK PINCUS, JOHN SCHAPPERT,
   WILLIAM GORDON, REID HOFFMAN,
20 JEFFREY KATZENBERG, STANLEY J.                 Judge:          Hon. Jeffrey S. White
   MERESMAN, SUNIL PAUL, OWEN VAN                 Complaint Filed: Aug 16, 2012
21 NATTA, MARK VRANESH, DAVID M.                  Trial Date:      None Set
   WEHNER, REGINALD D. DAVIS, and CADIR
22 B. LEE,

23                 Defendants,

24         and

25 ZYNGA INC.,

26                 Nominal Defendant.

27         [*Caption continues on following page*.]

28

   STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES AND DEFERRING RESPONSES
   Case No. 12-cv-4330-JSW
   sf-3187042

| | | | |
|---|---|---|---|
| 1 | MARC ALBIN, derivatively on behalf of ZYNGA INC., | Case No. | 12-CV-4330-JSW |
| 2 | Plaintiff, | **RELATED CASE** | |
| 3 | | | |
| 4 | v. | | |
| 5 | MARK PINCUS, CADIR LEE, REID HOFFMAN, OWEN VAN NATTA, DAVID M. WEHNER, MARK VRANESH, JOHN | Judge: Complaint Filed: Trial Date: | Hon. Jeffrey S. White Aug. 16, 2012 None Set |
| 6 | SCHAPPERT, REGINALD D. DAVIS, WILLIAM GORDON, JEFFREY | | |
| 7 | KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and JEFF KARP, | | |
| 8 | Defendants, | | |
| 9 | | | |
| 10 | and | | |
| 11 | ZYNGA INC., a Delaware corporation, | | |
| 12 | Nominal Defendant | | |
| 13 | STACEY BARRON, derivatively on Behalf of ZYNGA INC., | Case No. | 12-CV-4547-JSW |
| 14 | Plaintiff, | **RELATED CASE** | |
| 15 | -against- | | |
| 16 | MARK PINCUS, DAVID M. WEHNER, MARK VRANESH, CADIR LEE, REGINALD D. | Judge: Complaint Filed: | Hon. Jeffrey S. White Aug. 30, 2012 |
| 17 | DAVIS, JEFF KARP, WILLIAM GORDON, OWEN VAN NATTA, JEFFREY | Trial Date: | None Set |
| 18 | KATZENBERG, STANELY J. MERESMAN, SUNIL PAUL, and JOHN SCHAPPERT, | | |
| 19 | Defendants. | | |
| 20 | | | |
| 21 | -and- | | |
| 22 | ZYNGA INC., | | |
| 23 | Nominal Defendant. | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| | |
|---|---|
| JEANNA WEBER, derivately on Behalf of ZYNGA INC., | Case No.    12-CV-4684-JSW |
| Plaintiff, | **RELATED CASE** |
| -against- | |
| MARK PINCUS, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, OWEN VAN NATTA, JOHN SCHAPPERT, MARK VRANESH, DAVID M. WEHNER, REGINALD D. DAVIS, and CADIR B. LEE, | Judge:              Hon. Jeffrey S. White
Complaint Filed:  Sept. 7, 2012
Trial Date:        None Set |
| Defendants. | |
| -and- | |
| ZYNGA INC., | |
| Nominal Defendant. | |

1   All parties in the above-captioned actions, through their undersigned counsel, hereby

2   submit this Stipulation and [Proposed] Order consolidating related shareholder derivative actions

3   and deferring Defendants' deadlines to respond to the complaints.

4   **RECITALS**

5   A.   Between August 16 and September 7, 2012, the following four shareholder

6   derivative actions (the "Derivative Actions") were filed in this Court alleging claims on behalf of

7   Zynga Inc. ("Zynga") and certain of Zynga's current and former directors, officers, and

8   executives.

9   1.   *IRA of Graulich v. Pincus, et al.*, 12-CV-4327-JSW (filed Aug. 16, 2012)

10   2.   *Albin v. Pincus, et al.*, 12-CV-4330-JSW (filed Aug. 16, 2012)

11   3.   *Barron v. Pincus, et al.*, 12-CV-4547-JSW (filed Aug. 30, 2012)

12   4.   *Weber v. Pincus, et al.*, 12-CV-4684-JSW (filed Sept. 7, 2012)

13   B.   On November 9, 2012, the Court related the Derivative Actions to each other and

14   to various securities class actions.  (ECF No. 34)

15   C.   The parties believe that the Derivative Actions should be consolidated pursuant to

16   Federal Rule of Civil Procedure 42(a) because they share common questions of law and fact and

17   substantially the same parties, events, and claims.

18   D.   The parties further believe that consolidation of the Derivative Actions would

19   serve the interests of judicial economy and avoid the potential for conflicting rulings.

20   E.   Competing motions have been filed for the appointment of lead Plaintiff's counsel

21   and the Establishment of Leadership Structure for Derivative Actions.  A hearing for those

22   competing motions has been set for February 15, 2013, pursuant to a scheduling order issued on

23   November 9, 2012.  (ECF No. 35.)

24   THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

25   **I.   CONSOLIDATION**

26   1.   The parties agree that the following Derivative Actions should be consolidated for

27   all purposes, including pre-trial proceedings and trial:

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND DEFERRING RESPONSES
Case No. 12-cv-4330-JSW
sf-3187042

1

| **ABBREVIATED CASE NAME** | **CASE NUMBER** | **DATE FILED** |
|---|---|---|
| *IRA of Graulich v. Pincus, et al.* | 12-CV-4327-JSW | Aug. 16, 2012 |
| *Albin v. Pincus, et al.* | 12-CV-4330-JSW | Aug. 16, 2012 |
| *Barron v. Pincus, et al.* | 12-CV-4547-JSW | Aug. 30, 2012 |
| *Weber v. Pincus, et al.* | 12-CV-4684-JSW | Sept. 7, 2012 |

2.      Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. DERIVATIVE LITIGATION | **DERIVATIVE ACTION** |
| | Lead Case No. 12-CV-4327-JSW |
| | Consolidated with Case No. |
| This Document Relates To: | 12-CV-4330-JSW |
| All Actions. | 12-CV-4547-JSW |
| | 12-CV-4684-JSW |

3.      The files of the consolidated action shall be maintained in one file under Lead Case No. 12-CV-4327-JSW.

4.      This Order shall apply to each derivative case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in or deemed related to the existing Related Actions.

**II.      RESPONSE DEADLINE DEFERRED**

5.      Defendants shall have no obligation to answer or otherwise respond to any of the complaints filed in the Derivative Actions or any subsequently related action until after the Court appoints lead counsel for the consolidated the Derivative Actions.

1       6.     Defendants will meet and confer with the court-appointed lead counsel within

2 fourteen days after the Court makes its appointment to discuss a schedule for the filing of a

3 consolidated amended complaint and Defendants' responses.

4

5 **IT IS SO STIPULATED**.

6

7

8 Dated: November 27, 2012                JORDAN ETH

9                                               ANNA ERICKSON WHITE
                                              PHILIP T. BESIROF

10                                               MARK R.S. FOSTER
                                              MORRISON & FOERSTER LLP

11

12                                        By:                /s/ Anna Erickson White
                                                   ANNA ERICKSON WHITE

13                                               Attorneys for Defendants MARK PINCUS,

14                                               DAVID M. WEHNER, JOHN SCHAPPERT,
                                              MARK VRANESH, REGINALD D. DAVIS,

15                                               CADIR B. LEE, WILLIAM GORDON, REID
                                              HOFFMAN, JEFFREY KATZENBERG,

16                                               STANLEY J. MERESMAN, SUNIL PAUL,
                                              ELLEN F. SIMINOFF, OWEN VAN

17                                               NATTA, and Nominal Defendant ZYNGA
                                              INC.

18                                               ALAN R. PLUTZIK

19                                               BRAMSON, PLUTZIK, MAHLER, &
                                              BIRKHAEUSER LLP

20

21                                        By:    /s/ Alan R. Plutzik
                                                ALAN R. PLUTZIK

22                                               Attorneys for Plaintiff IRA for the Benefit of
                                              Karl Graulich

23

24

25

26

27

28

1    BRIAN J. ROBBINS
     FELIPE J. ARROYO
2    SHANE P. SANDERS
     KEVIN S. KIM
3    ROBBINS UMEDA LLP

4
     By:  /s/ Shane P. Sanders
5    _____
         SHANE P. SANDERS
6        Attorneys for Plaintiff Marc Albin

7    PAUL R. HUFF
     NIELSON | HUFF LLP

8    and

9    MICHAEL I. FISTEL JR.
     MARSHALL P. DEES
10   HOLZER HOLZER & FISTEL LLP

11
     By:  /s/ Paul R. Huff
12   _____
         PAUL R. HUFF
13       Attorneys for Plaintiff Stacey Barron

14   BRIAN J. BARRY
     LAW OFFICE OF BRIAN BARRY
15
     and
16
     JOSEPH E. WHITE, III
17   JONATHAN M. STEIN
     SAXENA WHITE P.A.
18
     By:  /s/ Brian J. Barry
19   _____
         BRIAN J. BARRY
20       Attorneys for Plaintiff Jeanna Weber

21              [PROPOSED] ORDER

22
     Pursuant to the parties' Stipulation, it is SO ORDERED.
23
              December 3,
24   Dated: November, ___2012

25   By: _____
         THE HONORABLE JEFFREY S. WHITE
26       United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND DEFERRING RESPONSES
12-cv-4330-JSW
sf-3187042                                                    4