JORDAN ETH (Bar No. 121617)
Email: JEth@mofo.com
ANNA ERICKSON WHITE (Bar No. 161385)
Email: AWhite@mofo.com
KEVIN A. CALIA (Bar No. 227406)
Email: KCalia@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Nominal Defendant ZYNGA INC. and
Defendants MARK PINCUS, DAVID M. WEHNER, JOHN
SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS,
CADIR B. LEE, JEFF KARP, WILLIAM GORDON, REID
HOFFMAN, JEFFREY KATZENBERG, STANLEY J.
MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, and
OWEN VAN NATTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZYNGA INC. DERIVATIVE LITIGATION | Lead Case No. 12-CV-4327-JSW<br>Consolidated with Case Nos.<br>12-CV-4330-JSW<br>12-CV-4547-JSW<br>12-CV-4684-JSW |
| This Document Relates To:<br>All Derivative Actions | **STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Judge: Hon. Jeffrey S. White<br>Complaint Filed: August 16, 2012<br>Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF ACTION
Case No. 12-CV-4327-JSW

| | |
|---|---|
| 1 | The parties, through their undersigned counsel, hereby submit this Stipulation and |
| 2 | [Proposed] Order continuing the stay in this action, as follows: |
| 3 | WHEREAS, on December 3, 2012, the Court entered an order consolidating four related |
| 4 | shareholder derivative lawsuits (the "Federal Derivative Action") asserting claims against certain |
| 5 | officers and directors of nominal defendant Zynga Inc., and appointing lead counsel; |
| 6 | WHEREAS, a related consolidated securities class action captioned *In re Zynga Inc.* |
| 7 | *Securities Litigation*, Lead Case No. 12-cv-04007-JSW (the "Federal Securities Class Action") is |
| 8 | currently pending in the United States District Court for the Northern District of California before |
| 9 | the Honorable Jeffrey S. White; |
| 10 | WHEREAS, by stipulated order dated March 20, 2014, the Federal Derivative Action was |
| 11 | stayed pending resolution of the motion to dismiss the amended complaint in the Federal |
| 12 | Securities Class Action; |
| 13 | WHEREAS, on April 8, 2015, Judge White denied Defendants' motion to dismiss the |
| 14 | amended complaint in the Federal Securities Class Action; |
| 15 | WHEREAS, a related consolidated shareholder derivative action captioned *In re Zynga* |
| 16 | *Shareholder Derivative Litigation*, Lead Case No. CGC-12-522934 (the "State Derivative |
| 17 | Action") is pending in the Superior Court of California, County of San Francisco before Curtis |
| 18 | E.A. Karnow, and is stayed by stipulation; |
| 19 | WHEREAS, a related shareholder derivative action captioned *Sandys v. Pincus et al.*, |
| 20 | Case No. 9512-CB (the "Delaware Derivative Action") is pending in the Delaware Chancery |
| 21 | Court before Chancellor Andre Bouchard; |
| 22 | WHEREAS, on December 9, 2014, Defendants moved to stay the Delaware Derivative |
| 23 | Action in deference to the Federal Securities Class Action, or, in the alternative, to dismiss the |
| 24 | action, and briefing on those motions is scheduled to conclude by May 15, 2015; |
| 25 | WHEREAS, counsel for the parties in the Federal Derivative Action have engaged in |
| 26 | discussions regarding appropriate next steps and means of efficiently managing the Federal |
| 27 | Derivative Action; |
| 28 | |

STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF ACTION
Case No. 12-CV-4327-JSW                                                                                              1

WHEREAS, the parties have reached an agreement that, to conserve party and judicial resources, all proceedings, discovery, and deadlines in the Federal Derivative Action shall continue to be stayed until the Delaware Chancery Court rules on Defendants' pending motion to stay or dismiss the Delaware Derivative Action, or that motion is withdrawn.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. All proceedings, discovery, and deadlines in this action shall be deferred until the Delaware Chancery Court rules on Defendants' motion to stay or dismiss the Delaware Derivative Action, or that motion is withdrawn.

2. The parties shall meet and confer within 14 days of the Delaware Chancery Court's ruling on or withdrawal of the motion to stay or dismiss the Delaware Derivative Action to discuss proposed next steps for this action, and shall report to the Court within 14 days after the meet and confer on the proposed next steps for this action.

Dated: April 24, 2015

JORDAN ETH
ANNA ERICKSON WHITE
KEVIN A. CALIA
MORRISON & FOERSTER LLP

By:  /s/ Anna Erickson White
ANNA ERICKSON WHITE

Attorneys for Nominal Defendant ZYNGA INC. and Defendants MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, JEFF KARP, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, ELLEN F. SIMINOFF, and OWEN VAN NATTA

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation and for good cause shown, the Court hereby orders that:

1. All proceedings, discovery, and deadlines in this action shall be deferred until the Delaware Chancery Court rules on Defendants' motion to stay or dismiss the Delaware Derivative Action, or that motion is withdrawn.

2. The parties shall meet and confer within 14 days of the Delaware Chancery Court's ruling on or withdrawal of the motion to stay or dismiss the Delaware Derivative Action to discuss proposed next steps for this action, and shall report to the Court within 14 days after the meet and confer on the proposed next steps for this action.

IT IS SO ORDERED.

Dated: April 27, 2015

By: _____
Honorable Jeffrey S. White
United States District Judge