IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK H. DESTEFANO,<br><br>    Plaintiff,<br><br>  v.<br><br>ZYNGA INC.,<br><br>    Defendant.<br>_____/ | No. C 12-04007 JSW<br><br>Related cases<br>No. C 12-04330 JSW<br>No. C 12-04327 JSW<br>No. C 12-04547 JSW<br>No. C 12-04684 JSW |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, all these related matters are HEREBY REFERRED to Magistrate Judge Jacqueline Scott Corley for all further proceedings.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE